COURT OF APPEAL, FIRST DISTRICT
301 Fannin Street OFFICIAL BUSINESS
Houston, Texas 77002-2066
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

MAY 19, 2015

$ 000.34⁰

ZIP 77002
02 1W
0001372104 MAY. 19. 2015

RE: Case 01-15-00331-CR

Style: James E. Guzman
v. The State of Texas

On May 19, 2015 the Court **GRANTED** the State's motion to extend time to file brief in the referenced cause to **June 16, 2015.**

T. C. Case # 2001637          Christopher A. Prine, Clerk of the Court



James E. Guzman